UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| Discover Growth Fund, LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| -against- : | **ORDER REGULATING PROCEEDINGS** |
| : | |
| : | |
| OWC Pharmaceutical Research Corp., : | |
| : | 20 Civ. 2857 (AKH) |
| : | |
| Defendants. : | |

-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

      The parties are hereby ordered to appear for a telephonic oral argument on Wednesday, April 22, 2020, at 11:00 a.m., which argument will be held via the following call-in number:

      Call-in number: 888-363-4749
      Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in (other than counsel) to mute their telephones.

      Finally, no later than Tuesday, April 21, 2020, at 10:00 a.m., the parties shall jointly submit to the Court (via the email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic argument.

      SO ORDERED.

Dated:    New York, New York
            April 20, 2020

                                                _____/s/_____
                                                ALVIN K. HELLERSTEIN, U.S.D.J.