UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
    Discover Growth Fund, LLC,            :

                                        Plaintiff,    :

                     -against-              :        **SUMMARY ORDER**

    OWC Pharmaceutical Research Corp.,    :

                                        :        20 Civ. 2857 (AKH)

                              Defendants.   :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

        For the reasons stated on the record at the telephonic oral argument held today, April 22, 2020, Plaintiff's motion for injunctive relief is hereby granted. As discussed on the record, Defendant will have 45 days from today to complete the filings specified in Plaintiff's motion. On or before this coming Monday, April 27, 2020, the parties shall jointly submit a proposed order consenting to the terms of implementation of the injunction. If the parties cannot mutually agree to all terms, they shall submit a joint letter that includes both (a) proposed orders from each side, and (b) an explanation from each side as to their preferred version of the order.

        SO ORDERED.

Dated:        New York, New York
                April 22, 2020

                                                      _____/s/_____
                                                      ALVIN K. HELLERSTEIN, U.S.D.J.