UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| Discover Growth Fund, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : **ORDER GRANTING PRELIMINARY INJUNCTION** |
| | : |
| | : |
| OWC Pharmaceutical Research Corp., | : |
| | : 20 Civ. 2857 (AKH) |
| | : |
| Defendants. | : |

-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

**WHEREAS**, on April 6, 2020, Plaintiff Discover Growth Fund, LLC ("Discover") filed a Verified Complaint, moved for a preliminary injunction (the "Motion") on April 7, 2020, Defendant OWC Pharmaceutical Research Corp. ("OWCP") filed an opposition to the Motion on April 16, 2020, and Discover submitted a reply in further support of the Motion on April 20, 2020; and

**WHEREAS**, on April 22, 2020, the Court held a telephonic hearing on the Motion, granted the Motion on the record, and ordered the parties to confer concerning the submission of a form order; and

**WHEREAS**, the parties have conferred concerning the form of the order to be entered and submitted the within form to be so-ordered;

**WHEREAS**, during the April 22, 2020 hearing, the Court held that (1) Discover has established a likelihood of success on its claims that OWCP has breached its contractual obligations pursuant to the Securities Purchase Agreement ("SPA") §§ 4(c) & (e) and the Registration Rights Agreement (the "RRA") §§ 8(a)-(b), (2) Discover is and continues to be irreparably harmed by such alleged breaches; and (3) the balance of the equities weighs in favor of Discovery; it is hereby

**ORDERED**, that OWCP, its officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with them, shall immediately take all actions necessary to become and remain current in OWCP's public filing obligations under the Securities Exchange Act of 1934 ("Exchange Act"), as required by the SPA and the RRA, including, but not limited to, the following:

1. Promptly, and no later than May 18, 2020, engage Public Company Accounting Oversight Board approved auditors to audit OWCP's Annual Report on Form 10-K for the year ended December 31, 2019 ("2019 10-K"), and to review OWCP's Quarterly Report on Form 10-Q for the quarter ended March 31, 2020 ("Q1 10-Q"), and subsequent quarterly reports;

2. Promptly, and no later than May 25, 2020, provide OWCP's auditors with drafts of its 2019 annual financial statements, 2019 10-K, quarterly financial statements, first quarter 2020 financial information, and Q1 10-Q;

3. Promptly, and no later than June 5, 2020, file with the U.S. Securities and Exchange Commission ("SEC") OWCP's 2019 10-K and Q1 10-Q, and a withdrawal of the Form 15 filed with the SEC on March 31, 2020, and thereafter timely continue to file with the SEC all current and period reports and other filings required by OTCQB and the Exchange Act; and

4. At all times take all actions necessary to ensure that OWCP timely and fully meets all of its obligations under the SPA and RRA, and is listed and continues to be listed on the OTCQB.

SO ORDERED.

Dated:   New York, New York
         April 29, 2020

_____/s/_____
ALVIN K. HELLERSTEIN, U.S.D.J.