> The motion is withdrawn, without prejudice. The Clerk shall terminate ECF No. 26. So ordered.
> /s/ Alvin K. Hellerstein
> February 16, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVER GROWTH FUND, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>OWC PHARMACEUTICAL RESEARCH CORP.,<br><br>　　　　　　　Defendant. | Case No. 20-cv-02857(AKH) |

## NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT

Plaintiff Discover Growth Fund, LLC hereby gives notice that it withdraws without prejudice its July 23, 2021 motion for summary judgment [ECF 26-31] (the "Motion"). Discover has notified defendants OWC Pharmaceutical Research Corp.'s counsel of its intention to withdraw the Motion.

Dated: New York, New York
　　　　January 21, 2022

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　One Pennsylvania Plaza, 37th Floor
　　　　　　　　　　　　　　　　New York, New York 10119-3701
　　　　　　　　　　　　　　　　(212) 613-2000


　　　　　　　　　　　　　　　　By:　  Paul A. Saso
　　　　　　　　　　　　　　　　　　　Paul A. Saso

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Discover Growth Fund LLC*

2773894.1 116029-102492