UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
DISCOVER GROWTH FUND, LLC,

            Plaintiff,

        v.

OWC PHARMACEUTICAL RESEARCH CORP.,

            Defendant.
------------------------------------------------------------- x

**ORDER**

20 Civ. 2857 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On February 16, 2022, I permitted Plaintiff to withdraw its motion for summary judgment. Since then, there have been no filings or conferences in this case. Accordingly, the parties, via joint letter submitted via ECF, shall advise the Court of the status of the case by September 13, 2022.

SO ORDERED.

Dated:  August 30, 2022
       New York, New York                      _____/s/_____
                                                               ALVIN K. HELLERSTEIN
                                                               United States District Judge