UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
DISCOVER GROWTH FUND, LLC,                :
                                          :
           Plaintiff,               :     **ORDER**
                                          :
      v.                              :     20 Civ. 2857 (AKH)
                                          :
OWC PHARMACEUTICAL RESEARCH CORP.,        :
                                          :
           Defendant.               :
                                          :
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a telephonic status conference on September 30, 2022 at 10 a.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than September 23, 2022 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    September 20, 2022           /s/ Alvin K. Hellerstein
           New York, New York        ALVIN K. HELLERSTEIN
                                                              United States District Judge

SO ORDERED.

Dated: August 30, 2022
      New York, New York                                      /s/
                                                           ALVIN K. HELLERSTEIN
                                                           United States District Judge