Case 1:20-cv-02857-AKH   Document 48   Filed 09/21/22   Page 1 of 1



Paul A. Saso
Director

Gibbons P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119-3701
Direct: 212-613-2171 Fax: 212-554-9586
psaso@gibbonslaw.com

September 21, 2022

VIA ELECTRONIC FILING AND FACSIMILE

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
New York, New York 10007-1312

*The conf is adjourned
November 4, 2022, 10:00 a.m.
9-21-22
/s/ AKH*

Re:   Discover Growth Fund, LLC v. OWC Pharmaceutical Research Corp.
      Case No. 1:20-cv-2857 (S.D.N.Y.)

Dear Judge Hellerstein:

We represent plaintiff Discover Growth Fund, LLC in the above-referenced matter. On September 20, 2022, the Court scheduled a telephonic status conference for September 30, 2022 at 10:00 a.m.

Due to a conflict with a previously-scheduled medical procedure scheduled for the same day and time, I write pursuant to Rule 1.D of this Court's Individual Rules to respectfully request an adjournment of the status conference. No prior request for an adjournment has been previously requested.

I have conferred with defense counsel and they have consented to this request for an adjournment. Counsel for all parties are generally available for a telephonic status conference during the following week on either October 3 or 6. If the Court is not available on those dates, the parties can provide additional available times after October 20, to accommodate defense counsel's observance of the Sukkot holiday.

Thank you for your kind consideration of this request.

Respectfully submitted,

Paul A. Saso
Director

cc:   Dov Schwell, Esq.
      Melinda Spitzer, Esq.

3035605.1.116414-103161                                                         gibbonslaw.com