# SWA Schwell Wimpfheimer & Associates

October 2, 2022

*[Handwritten annotation: motion denied w/out prejudice to renewal seeking an adjournment to a Friday. 10-3-22 /s/ AKH]*

**VIA ELECTRONIC FILING AND FACSIMILE**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
New York, New York 10007-1312

    Re:    Discover Growth Fund, LLC v. OWC Pharmaceutical Research Corp.
            Case No. 1:20-cv-2857 (S.D.N.Y.)

Dear Judge Hellerstein:

    Our firm, Schwell Wimpfheimer & Associates LLP ("SWA"), is counsel for defendant OWC Pharmaceutical Research Corp. ("OWCP") in the above-referenced matter. On September 21, 2022, the Court scheduled a telephonic status conference for November 4, 2022, at 10:00 a.m.

    Pursuant to Rule 1.D of this Court's Individual Rules, we write to respectfully request an adjournment of the November 4 status conference. We are located primarily in Israel (where OWCP was also formerly based) and honor the Jewish Sabbath. Due to the time difference between Israel and New York, on November 4, the Sabbath in Israel will start shortly after the conference is scheduled to begin and we will be unable to participate. This is SWA's first request for an adjournment.

    I have conferred with plaintiff's counsel, and he has consented to this request for an adjournment. Counsel for both parties are available for a telephonic status conference on October 24-October 27, November 9-10, November 14-17 and November 28-30. If the Court is not available on those dates, the parties can propose additional times in December when the parties are available. With respect to scheduling a conference on a Friday, both counsel will generally be available so long as the conference ends before 9 am ET.

    Once the Court has scheduled a new date for the telephonic status conference, pursuant to the Court's September 22, 2022 Order, the parties will jointly submit to Chambers a list of all counsel expected to appear on the record, along with their contact information.

Schwell Wimpfheimer & Associates LLP | 37 West 39th Street Suite 505 New York, NY 10018 | Phone: 646 328 0850 | Fax: 646 360 5000 | www.swalegal.

We apologize to the Court for any inconvenience and thank the Court for its kind consideration of this request.

Respectfully submitted,

*Melinda Spitzer*

Melinda Holly Chester-Spitzer

cc: Paul Saso, Esq.