# SWA

*[Handwritten note: The conference will be held Nov. 18, 2022 at 10:00 am. Counsel has to have a presence conflict with EDT.*

*10-13-22*
*/s/ Alvin K. Hellerstein]*

October 13, 2022

**VIA ELECTRONIC FILING AND FACSIMILE**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
New York, New York 10007-1312

  Re: **Discover Growth Fund, LLC v. OWC Pharmaceutical Research Corp.**
    **Case No. 1:20-cv-2857 (S.D.N.Y.)**

Dear Judge Hellerstein:

  Our firm, Schwell Wimpfheimer & Associates LLP ("SWA"), is counsel for defendant OWC Pharmaceutical Research Corp. ("OWCP") in the above-referenced matter. The status conference in this matter was originally scheduled for September 30, 2022. However, after counsel for plaintiff Discover Growth Fund, LLC ("Discover") requested an adjournment and the conference was rescheduled for November 4, SWA was compelled to also seek an adjournment due to our firm's attorneys' observance of the Jewish Sabbath. On October 3, 2022, the Court denied SWA's request for an adjournment of the November 4 status conference but granted SWA leave to request that the conference be rescheduled for another Friday (ECF Doc. No. 51).

  Pursuant to the Court's Order, I respectfully write to advise the Court that I will be traveling to New York in early December and will be available for a status conference on Friday, December 9. Plaintiff's counsel is likewise available on December 9. In the event the Court is not available on December 9, SWA and plaintiff's counsel can also be available on November 18, November 25 and any other Friday in December or January 2023 provided that the conference ends no later than 9 am ET.

  We thank the Court for its patience in resolving this scheduling issue and its kind consideration of this request.

              Respectfully submitted,

              Dov T. Schwell

cc: Paul Saso, Esq.

Schwell Wimpfheimer & Associates LLP | 37 West 39th Street Suite 505 New York, NY 10018 | Phone: 646.328.0850 | Fax: 646.360.5000 | www.swalegal.com

Judge wrote:

"The conference will be held November 18, 2022 at 10:00 a.m. Counsel has to have a presence consistent with EDT.

10-13-22

Alvin K. Hellerstein"