**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DISCOVER GROWTH FUND, LLC,

                Plaintiff,

                20 **CIVIL** 2857 (AKH)

      -against-                **DEFAULT JUDGMENT**

OWC PHARMACEUTICAL RESEARCH
CORP.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order and Opinion dated May 8, 2023, and the Court's Order Supplementing Order and Opinion dated May 10, 2023, judgment is entered in Plaintiff's favor against Defendant in the amount of $6,827,989.72, plus interest calculated at the statutory rate of 9 percent from the date of the breach of contract, March 30, 2023, to the date of entry of final judgment, in the amount of $70,711.78.

**DATED**: New York, New York
           May 11, 2023

                                        **RUBY J. KRAJICK**
                                           **Clerk of Court**

                  **BY:** *K. Mango*
                                            **Deputy Clerk**