UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
DISCOVER GROWTH FUND, LLC, :
: **ORDER AMENDING**
Plaintiff, : **SUPPLEMENTING ORDER**
-against- : **AND OPINION GRANTING**
: **MOTION FOR DEFAULT**
OWC PHARMACEUTICAL RESEARCH : **JUDGMENT**
CORP., :
: 20 Civ. 2857 (AKH)
Defendant. :
:
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On May 10, 2023, I issued an order supplementing my order and opinion granting Plaintiff's motion for default judgment. ECF No. 64. That order stated that the interest I awarded Plaintiff, ECF No. 63, was to be calculated from, March 30, 2023, to the date of entry of final judgment." *Id.* However, the breach of contract occurred on March 30, 2020, rather than on March 30, 2023. As such, prejudgment interest shall be calculated from March 30, 2020, to the date of entry of final judgment.

      The Clerk is instructed to enter a superseding default judgment that calculates interest from March 30, 2020, and to terminate ECF No. 66.

SO ORDERED.

Dated:   May 11, 2023
           New York, New York
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge