**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
DISCOVER GROWTH FUND, LLC,

                     Plaintiff,

             20 **CIVIL** 2857 (AKH)

        -against-            **SUPERSEDING DEFAULT JUDGMENT**

OWC PHARMACEUTICAL RESEARCH
CORP.,

                    Defendant.
---------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order and Opinion dated May 8, 2023, the Court's Order Supplementing Order and Opinion dated May 10, 2023, and the Court's Order Amending Supplementing Order and Opinion dated May 11, 2023, judgment is entered in Plaintiff's favor against Defendant in the amount of $6,827,989.72, plus interest calculated at the statutory rate of 9 percent from the date of the breach of contract, March 30, 2020, to the date of entry of final judgment, in the amount of $1,914,269.01.

**DATED**: New York, New York
             May 11, 2023

                                                     **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                                  **BY:**  *K. Mango*
                                                       **Deputy Clerk**